# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**DONALD LEE REAVES**  **PETITIONER**
Reg. #31551-001

VS.   No. 2:24-CV-00177-BSM-ERE

**CHAD GARRETT, Warden,**
**FCI-Forrest City**  **RESPONDENT**

## ORDER

On September 23, 2024, Petitioner Donald Lee Reaves, a Bureau of Prisons ("BOP") inmate, then confined at the Federal Correctional Institution in Forrest City, Arkansas ("FCI-Forrest City"), filed a petition for writ of habeas corpus under 28 U.S.C. § 2241. He alleged that the BOP failed to place him in prerelease custody, in violation of the First Step Act and the Second Chance Act. *Doc. 1 at 1*. For relief, Mr. Reaves asked the Court to order the BOP to place him in prerelease custody at a halfway house or residential reentry center. *Id. at 3.*

According to information available on the Bureau of Prison's website, Mr. Reaves is no longer housed at FCI-Forrest City and has been placed in prerelease custody at a halfway house or residential reentry center in Alabama. If Mr. Reaves has been placed in prerelease custody, his petition is moot and should be dismissed on that basis. See *Miller v. Whitehead*, 527 F.3d 752, 756 (8th Cir. 2008) (concluding that § 2241 habeas petitions by inmates seeking placement in prerelease custody

were rendered moot and subject to dismissal when BOP placed inmates in residential reentry centers).

IT IS THEREFORE ORDERED that Respondent is directed to confirm the facility assignment for Mr. Reaves. Respondent is requested to provide this information **as soon as possible and no later than Wednesday March 19, 2025.**

Dated 11 March 2025.

_____
UNITED STATES MAGISTRATE JUDGE