IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**DONALD LEE REAVES**                                                                       **PETITIONER**
**REG #31551-001**

v.                                  **CASE NO. 2:24-CV-00177-BSM**

**CHAD GARRETT, Warden**                                                                 **RESPONDENT**

## ORDER

After careful review of the record, Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 10] is adopted, Donald Lee Reaves's petition [Doc. No. 1] is dismissed without prejudice for lack of subject matter jurisdiction, and Reaves will not be permitted to convert his habeas petition to a complaint challenging his conditions of confinement.

IT IS SO ORDERED this 15th day of April, 2025.

_____
UNITED STATES DISTRICT JUDGE